UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOEL MARTINEZ,<br><br>      *Defendant.* | **ORDER**<br><br>21 Cr. 126 (JPO) |

  WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on November 3, 2021;

  WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

  WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

  IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated: New York, New York
   November 10, 2021

                _____
                   J. PAUL OETKEN
                  United States District Judge