*LAW OFFICES OF*
# MURRAY RICHMAN
*and Associates*

2027 Williamsbridge Rd., Bronx, NY 10461
Tel (718) 892-8588 | Fax (718) 518-0674
mrichman_mr@outlook.com

July 28, 2025

**VIA ECF**
The Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE: **United States v. Joel Martinez**
**Docket No.: 0208 1:21CR00-126-00 (JPO)**

Your Honor:

    Mr. Martinez pled guilty before U.S. Magistrate Judge Sarah L. Cave on November 3, 2021, to Count One of the Indictment, charging the crime of Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349. Thereafter, on February 16, 2022, he was sentenced by Your Honor to nine (9) months incarceration and three (3) years supervised release. Mr. Martinez completed his term of incarceration and remains in compliance with supervised release.

    We write to request the Court order the return of Mr. Martinez's passport. I spoke with AUSA Kevin Mead who consents to this application. Thank you for your consideration.

Respectfully submitted,

*Valerie Casali*

Valerie Casali, Esq., *of counsel*
Murray Richman, Esq.

---

Granted.
Pretrial Services is hereby directed to release custody of Mr. Martinez's passport and return it to him or his designated representative.
So ordered:
7/28/2025

_____
J. PAUL OETKEN
United States District Judge